JOHNSON & JOHNSON VISION
CARE, INC., Plaintiff–
Appellant,

v.

CIBA VISION CORPORATION,
Defendant–Appellee.

No. 2010–1388.

United States Court of Appeals,
Federal Circuit.

Nov. 18, 2010.

## ON MOTION

## ORDER

Johnson & Johnson Vision Care, Inc. submits a response to this court's September 9, 2010 order requesting dismissal of its appeal, 2010–1388. The parties move to lift the stay of briefing in 2010–1372.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal 2010–1388 is dismissed. Each side shall bear its own costs in 2010–1388. The revised official caption is reflected above.

(2) The joint motion to lift the stay of briefing in 2010–1372 is granted. Johnson & Johnson's brief is due November 22, 2010. The appellant's reply brief is due December 23, 2010.

(3) Any other pending motions are denied as moot.

In re VTRAN MEDIA TECH-
NOLOGIES, LLC PAT-
ENT LITIGATION

VTran Media Technologies, LLC,
Plaintiff–Appellant,

v.

Blue Ridge Cable Technologies, Inc., Mediacom Communications Corporation, Armstrong Utilities, Inc., Massillon Cable TV, Inc., Harron Communications, L.P., Gans Communications, L.P., Comcast Corporation, Charter Communications, Inc., Time Warner Cable, Inc., Cox Communications, Inc., Insight Communications Company, Inc., Astound Broadband, LLC, and Wave Broadband, LLC, Defendants–Appellees,

and

Bright House Networks, LLC,
Defendant–Appellee,

and

Buckeye Cablevision, Inc., Wideopenwest Finance, LLC, and Wideopenwest Cleveland, Inc., Defendants–Appellees,

and

Cablevision Systems Corporation,
Defendant–Appellee,

and

Midcontinent Communications,
Defendant–Appellee.

No. 2011–1214.

United States Court of Appeals,
Federal Circuit.

April 29, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Michael J. KELLER, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2011–7080.**

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Sean A. Ravin, Washington, DC, for Claimant–Appellant.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

**Dennis REEVES, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2011–7065.**

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Sean A. Ravin, Washington, DC, for Claimant–Appellant.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.